## STATE v. RICE

No. 110P00

Case below: 136 N.C.App. 668

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 June. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

## STATE v. ROWSEY

No. 490A93-3

Case below: Alamance Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Alamance County, denied 15 June 2000. Petition by defendant for writ of supersedeas denied 15 June 2000.

## STATE v. SCANLON

No. 480A99

Case below: Durham Superior Court

Motion by defendant for appropriate relief allowed 15 June 2000 for the purpose of entering the following orders: Defendant's motion for appropriate relief is hereby remanded to the Superior Court, Durham County. It is further order that an evidentiary hearing be held on the aforesaid motion and that the resulting order containing the findings of fact and conclusions of law of the trial judge determining the motion be transmitted to this Court so that it may proceed with the appeal or enter an order terminating the appeal. Time periods for perfecting or proceeding with the appeal are tolled pending receipt of the order of disposition of the motion in the Trial Division.

## STATE v. SMITH

No. 279A99

Case below: Buncombe Superior Court

Motion by defendant to remand denied 9 May 2000.